# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

CHAY T.,

                Petitioner,

v.

MARKWAYNE MULLIN, *Secretary, Department of Homeland Security*; TODD BLANCHE, *Acting Attorney General*; DAVID VENTURELLA, *Acting Director, Immigration and Customs Enforcement*; DAVID EASTERWOOD, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*,

                Respondents.

Case No. 26-cv-2908 (LMP/ECW)

**ORDER TO SHOW CAUSE**

---

**IT IS HEREBY ORDERED** that:

1. Respondents are directed to file an answer to Petitioner Chay T.'s Verified Petition for a Writ of Habeas Corpus (ECF No. 1 ("Petition")) on or before **Thursday, June 18, 2026**, certifying the true cause and proper duration of Chay T.'s confinement and showing cause why the writ should not issue in this case;

2. Respondents' answer must include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Chay T.'s detention in light of the issues raised in his Petition;

   b. A reasoned memorandum of law and fact explaining Respondents' legal position on Chay T.'s claims; and

   c. Respondents' recommendation on whether an evidentiary hearing should be conducted;

3.      If Chay T. intends to file a reply to Respondents' answer, he must do so on or before **Thursday, June 25, 2026**;

4.      No further submissions from the parties will be permitted except as authorized by Court order; and

5.      Respondents are **ORDERED** not to remove Chay T. outside of the District of Minnesota during the pendency of these proceedings, so that Chay T. may consult with his counsel and participate in this litigation while the Court considers his Petition.

Dated: June 11, 2026                          *s/Laura M. Provinzino*
                                              Laura M. Provinzino
                                              United States District Judge

2